423 A.2d 1312

Commonwealth v. Rice, Appellant.

Reargument Denied Jan. 18, 1980.

Argued August 28, 1979. Larry P. Gaitens, for appellant; Kathryn L. Simpson, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, LARSEN and LAVELLE, JJ.*

Judgment of sentence affirmed.